ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL ESPECIAL[1]

| LUIS FERNANDO FREIRE RUÍZ DE VAL Y OTROS<br><br>Apelados<br><br>v.<br><br>RAQUEL MORALES ROMÁN<br><br>Apelante<br><br>JULIO RAMÓN GUZMÁN FREIRE; JULIO ENRIQUE GUZMÁN CARCACHE; Y JOSÉ ANTONIO HERNÁNDEZ NEVÁREZ<br><br>Partes con Interés | **KLAN202400151** | Apelación procedente del Tribunal de Primera Instancia, Sala Superior de San Juan<br><br>Civil Núm.: SJ2020CV04611<br><br>Sobre:<br><br>Aceptación, Renuncia, Remoción o Sustitución del Albacea, Cartas Testamentarias, Daños, División o Liquidación de la Comunidad de Bienes Hereditarios, Impugnación o Nulidad de Testamento, Nombramiento de Administrador Judicial |

Panel integrado por su presidente, el juez Bonilla Ortiz, la jueza Mateu Meléndez y la jueza Prats Palerm.

Bonilla Ortiz, Juez Ponente

## **SENTENCIA**

En San Juan, Puerto Rico a 23 de junio de 2025.

En cumplimiento con la *Sentencia* del Tribunal Supremo de Puerto Rico del 6 de diciembre de 2024, en el caso de epígrafe, se desestima el presente recurso de apelación.

Lo acordó y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] Ver Orden Administrativa OATA-2025-110 del 11 de junio de 2025. Se modifica la integración del Panel.

Número Identificador

RES2025_____